IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEAP OF FAITH ADVENTURES, LLC, | : | |
| | : | Case No. 2:18-cv-1040 |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| UATP MANAGEMENT, LLC, | : | |
| | : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : | |
| | : | |

## ORDER

This matter comes before the Court on the parties' joint motion to remand. (ECF No. 30). Given the parties' agreement, and for good cause shown, this Court hereby **REMANDS** this case to the Court of Common Pleas for Logan County, Ohio. This remand is **with prejudice** to Defendant's right to remove this matter between the current parties on grounds of diversity of citizenship.

Plaintiff's request for attorney's fees and costs on its motion to remand is **DENIED**.

This Order is without prejudice to any of Defendant's other rights, arguments, and defenses, including – but not limited to – the right to seek dismissal, transfer of venue, or removal of this matter on any other available grounds, or should other parties or claims be added. Similarly, Plaintiff retains the rights, arguments, and defenses to oppose the same.

**IT IS SO ORDERED.**

                ___s/Algenon L. Marbley_____
                **ALGENON L. MARBLEY**
                **UNITED STATES DISTRICT JUDGE**

**DATED: January 14, 2019**